Carlos BIENUENIDO CRUZ, Petitioner–Appellant,

v.

Dan L. DOVE, Warden; Federal Correctional Institution–Edgefield; United States of America, Respondents–Appellees.

No. 02–6476.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 11, 2002.

Decided Jan. 8, 2003.

Carlos Bienuenido Cruz, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carlos Bienuenido Cruz, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cruz v. Dove,* No.

---

CA–01–2339–2–24–AJ (D.S.C. filed Feb. 28, 2002, entered Mar. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*